11th
Court of Appeals

                                                                  Eastland,
Texas

                                                                        Opinion

 

Thomas Kron

Appellant

Vs.                   No.
11-02-00158-CV B
Appeal from Taylor County

Verna Lou Denham

Appellee

 

Appellant
perfected this appeal from an April 19, 2002, order denying his motion for a
partial summary judgment.  There has
been no response to this court=s
order of May 23, 2002, directing appellant to respond on or before June 14,
2002, showing grounds for continuing the appeal.   

The
April 19 order is not a final, appealable order.  Therefore, the appeal is dismissed for want of jurisdiction.

 

PER CURIAM

 

June 20, 2002

Do not
publish.  See TEX.R.APP.P. 47.3(b).

Panel consists of: Arnot, C.J.,
and

Wright, J., and McCall, J.